**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **YAKUBI,** | |
| **Petitioner,** | |
| **v.** | **Civil Action No.  08-1229 (JDB)** |
| **BARACK H. OBAMA, et al.,**[1] | |
| **Respondents.** | |

**ORDER**

Based on respondents' notice of transfer of petitioner Yakubi filed August 1, 2008, appointed counsel's representations in his filing dated August 22, 2008, stating that he has not been able to communicate with petitioner, and the fact that a meeting with petitioner is now unlikely, it is hereby **ORDERED** that counsel for petitioner shall, in writing and by not later than February 17, 2009, show cause why the Court should not dismiss this action.

   **SO ORDERED.**

                                                    /s/
                                          JOHN D. BATES
                                          United States District Judge

Dated:   February 3, 2009

---

[1] Former President George W. Bush was named as the original lead respondent in this case.  Pursuant to Federal Rule of Civil Procedure 25(d), the Court automatically substitutes his successor, President Barack H. Obama, as the new lead respondent.